Case 2:06-cv-00201-J   Document 8   Filed 10/31/06   Page 1 of 2   PageID 32

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT 31 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| WILLIAM MARK ALLEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:06-CV-0201 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the petition for a federal writ of habeas corpus filed by petitioner WILLIAM MARK ALLEN. Said habeas petition was filed without prepayment of the required $5.00 filing fee. With his petition for habeas relief, petitioner did not submit an Application to Proceed *In Forma Pauperis* or a certified *in forma pauperis* data sheet. On August 7, 2006, the Court entered an Order granting petitioner permission to proceed *in forma pauperis* temporarily, pending either payment of the $5.00 filing fee or submission of an Application to Proceed *In Forma Pauperis* with a certified *in forma pauperis* data sheet. Petitioner was given twenty (20) days from the date of the Court's Order in which to properly submit a request to proceed *in forma pauperis* or pay the filing fee. Petitioner was then given additional time in which to comply, up to and including September 25, 2006. Petitioner filed nothing during this time.

On October 10, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus filed by petitioner be dismissed for failure to pay the $5.00 filing fee. As of this date, no objections to the Report and Recommendation have been filed of record, nor has the $5.00 filing fee been paid.

Based upon an independent examination of the record in this case, the District Judge is of the opinion that the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner WILLIAM MARK ALLEN is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this 30th day of October 2006.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE